# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: 1:14-CV-00558-RC |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | § § § § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Beaumont Independent School District ("Plaintiff") files this its Unopposed Motion to Dismiss With Prejudice, and would respectfully show the Court as follows:

1. The Parties have entered into a settlement agreement resolving the claims between them in this lawsuit. As part of this same agreement, Plaintiff has agreed to dismiss this lawsuit with prejudice. Therefore, Plaintiff respectfully requests this Court to dismiss this lawsuit with prejudice.

2. A proposed Agreed Order of Dismissal is being filed simultaneously herewith.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court dismiss this lawsuit with prejudice by entering the Agreed Order of Dismissal With Prejudice it is filing simultaneously herewith.

Respectfully Submitted,

*/s/ Boyd Wells*
Boyd Wells
Texas State Bar No. 21162300
bwells@wellspeyton.com
Bruce M. Partain
Texas State Bar No. 15548400
bpartain@wellspeyton.com
WELLS, PEYTON, GREENBERG
 & HUNT, L.L.P.
Century Tower
550 Fannin, Suite 600
P.O. Box 3708
Beaumont, Texas 77704-3708
Telephone: (409) 838-2644
Facsimile:  (409) 838-4713

**ATTORNEYS FOR PLAINTIFF BEAUMONT INDEPENDENT SCHOOL DISTRICT**

-and-

*/s/ Michael Keeley*
Michael Keeley
Texas State Bar No. 11157800
michael.keeley@strasburger.com
Andrew F. Carter
State Bar No. 24069478
andrew.carter@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
Telephone:  (214) 651-4718
Facsimile:   (214) 659-4121

**ATTORNEYS FOR DEFENDANT FIDELITY AND DEPOSIT COMPANY OF MARYLAND**