IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION No. 1:14-cv-558 |
| v. | § § | JUDGE RON CLARK |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | § § § § | BRC |
| *Defendant*. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' Unopposed Motion to Dismiss With Prejudice filed by Plaintiff.  Doc. 13.  The Court, having considered said motion and being otherwise fully apprised of the circumstances in this cause, is of the opinion that said motion is well taken and should be, in all things, granted.  It is therefore,

ORDERED that all claims that were filed or that could have been filed in this lawsuit by Plaintiff against Defendant be, and the same hereby are, dismissed with prejudice.  It is further

ORDERED that each party shall pay its own costs and attorneys' fees incurred herein.  It is finally

ORDERED that all other relief not expressly granted herein is hereby denied.

So **ORDERED** and **SIGNED** this 9   day of **July, 2015.**

_____
Ron Clark, United States District Judge